ORDERED that the proceeding is DIS- MISSED under Fed. R.App. P. 42(b).

(1) The motion is granted.

(2) Each side shall bear its own costs.

**INABATA SPECIALTY CHEMICALS CORP., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 05–1427.

United States Court of Appeals, Federal Circuit.

Aug. 23, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal from Court of International Trade case no. 01–600,

IT IS ORDERED THAT:

**Rudolph SMITH, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 05–7080.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2005.

*ORDER*

Upon consideration of claimant-appellant's unopposed motion to voluntarily withdraw this appeal,

IT IS ORDERED THAT: